DAVID J. HYDE *v.* JAMES PIZZUTO ET AL.

KING, C. J., MURPHY, SHEA, ALCORN and COMLEY, Js.

Argued October 9—decided October 29, 1963

*Roger F. Gleason,* for the appellants (defendants).

*Francis R. Danaher,* for the appellee (plaintiff).

PER CURIAM. Upon conflicting evidence as to liability the jury returned a verdict for the plaintiff. The plaintiff and the named defendant were the operators of automobiles proceeding in opposite directions on the same street. A collision occurred at an intersection. The jury apparently believed the plaintiff's claim that the defendant operator negligently made a left turn into the path of the plaintiff's car. That was the jury's privilege. *Prizio* v. *Penachio,* 146 Conn. 452, 456, 152 A.2d 507.

As the trial court has indicated, the verdict was liberal but not excessive. We cannot disturb it. *Miner* v. *McKay*, 145 Conn. 622, 624, 145 A.2d 758. There is no error.